# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BLACKHAWK NEFF, INC., | : | No. 118 WAL 2016 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| KUSEVICH CONTRACTING, INC., | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.